**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00661-CV

### IN THE INTEREST OF C.E.C., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-52684-2012**

## ORDER

We **GRANT** Stephanie Christian's December 3, 2014 motion to supplement appendix and **ORDER** the supplement attached to the motion received on December 3, 2014 filed as of the date of this order.

/s/  CRAIG STODDART
    JUSTICE